# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:

WASHINGTON MUTUAL, INC., *et al.*,

                      Debtors.

Chapter 11

Case No.: 08-12229 (MFW)

(Jointly Administered)

---------------------------------------------------------------X

NANTAHALA CAPITAL PARTNERS, LP, BLACKWELL CAPITAL PARTNERS, LLC, AXICON PARTNERS, LLC, BRENNUS FUND LIMITED, COSTA BRAVA PARTNERSHIP III, LLP, and SONTERRA CAPITAL MASTER FUND, LTD., individually and on behalf of all holders of Litigation Tracking Warrants originally issued by Dime Bancorp,

                      Plaintiffs,

            v.

WASHINGTON MUTUAL, INC., CHARLES LILLIS, DAVID BONDERMAN, JAMES STEVER, MARGARET OSMER-MCQUADE, ORIN SMITH, PHILLIP MATTHEWS, REGINA MONTOYA, STEPHEN FRANK, STEPHEN CHAZEN, THOMAS LEPPERT, WILLIAM REED, JR., and MICHAEL MURPHY,

                      Defendants.

Adv. Proc. No.: 10-50911 (MFW)

---------------------------------------------------------------X **Re: Dkt. Nos. 312 & 313**

## NOTICE OF APPEAL

Nantahala Capital Partners, LP, Blackwell Capital Partners, LLC, Axicon Partners LLC, Brennus Fund Limited, Costa Brava Partnership III, LLP, and Sonterra Capital Master Fund, Ltd. (collectively, the "**Claimants**"), for themselves and as class representatives of the Dime Litigation Tracking Warrants, by its undersigned counsel, hereby appeals to the United States

18016111v1

District Court for the District of Delaware from the Opinion and Order of the United States Bankruptcy Court for the District of Delaware dated January 3, 2012 (Dkt. Nos. 312 and 313).

The parties to the Opinion and Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorneys** |
|---|---|
| Plaintiffs, Nantahala Capital Partners, LP, Blackwell Capital Partners, LLC, Axicon Partners LLC, Brennus Fund Limited, Costa Brava Partnership III, LLP, and Sonterra Capital Master Fund, Ltd., for themselves and as class representatives of the Dime Litigation Tracking Warrants. | Frederick B. Rosner<br>Scott J. Leonhardt<br>THE ROSNER LAW GROUP LLC<br>824 Market Street; Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br><br>-and-<br><br>Arthur Steinberg<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br><br>-and-<br><br>Jonathan L. Hochman<br>SCHINDLER COHEN & HOCHMAN LLP<br>100 Wall Street, 15th Floor<br>New York, NY 10005<br>Telephone: (212) 277-6300<br>Facsimile: (212) 277-6333 |
| Defendants, Washington Mutual, Inc., Charles Lillis, David Bonderman, James Stever, Margaret Osmer-Mcquade, Orin Smith, Phillip Matthews, Regina Montoya, Stephen Frank, Stephen Chazen, Thomas Leppert, William Reed, Jr., and Michael Murphy. | Mark D. Collins<br>Travis A. McRoberts<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>-and-<br><br>Brian S. Rosen<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153 |

| | |
|---|---|
| Official Committee of Unsecured Creditors. | David B. Stratton<br>Evelyn J. Meltzer<br>PEPPER HAMILTON LLP<br>1313 North Market Street, Suite 5100<br>Wilmington, DE 19801<br><br>-and-<br><br>Fred S. Hodara<br>Robert A. Johnson<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002 |

Dated: January 12, 2012
     Wilmington, Delaware

                                              <u>/s/ Scott J. Leonhardt</u>
                                              Frederick B. Rosner (No. 3995)
                                              Scott J. Leonhardt (No. 4885)
                                              THE ROSNER LAW GROUP LLC
                                              824 Market Street; Suite 810
                                              Wilmington, DE 19801
                                              Telephone:  (302) 777-1111

                                              -and-

                                              Arthur Steinberg
                                              KING & SPALDING LLP
                                              1185 Avenue of the Americas
                                              New York, NY 10036
                                              Telephone: (212) 556-2100
                                              Facsimile: (212) 556-2222

                                              -and-

                                              Jonathan L. Hochman
                                              SCHINDLER COHEN & HOCHMAN LLP
                                              100 Wall Street, 15th Floor
                                              New York, NY 10005
                                              Telephone: (212) 277-6300
                                              Facsimile: (212) 277-6333

                                              *Attorneys for Appellants/Claimants*