UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: __10-50911__   ○ BK   ◉ AP

    If AP, related BK Case Number: __08-12229__

Title of Order Appealed:

  Order Granting Judgment in favor of the Defendant and Opinion Granting Judgment in

favor of the defendant.

        Docket Number: __313,312__    Date Entered: __1/3/2012__

Item Transmitted: ◉ Notice of Appeal    ○ Motion for Leave to Appeal
                ○ Amended Notice of Appeal  ○ Cross Appeal
             Docket Number: __316__    Date Filed: __1/12/2012__

| *Appellant/Cross Appellant: | *Appellee/Cross Appellee |
|---|---|
| Nantahala Capital Partners, LP, et al | Washington Mutual Inc., etal ▪ |
| Counsel for Appellant: | Counsel for Appellee: |
| Frederick B. Rosner, Esq. | Mark D. Collins, Esq. |
| Scott J. Leonhardt, Esq. | Travis A. McRoberts, Esq. |
| 824 Market Street, Suite 810 | Richards, Layton and Finger, P.A. |
| Wilmington, DE 19801 | One Rodney Square |
| See attachment for additional counsel | 920 N. King St., Wilm., DE 19801 |

*If additional room is needed, please attach a separate sheet.

Filing Fee paid? ◉ Yes ○ No

IFP Motion Filed by Appellant? ○ Yes ◉ No

Have Additional Appeals to the Same Order been Filed? ◉ Yes ○ No

    If so, has District Court assigned a Civil Action Number?  ○ Yes ◉ No  Civil Action # _____

Additional Notes:

  See attachment for additional information of counsel.  No Designations filed.

__2/9/2012__                    By: __Judy Fisher__
Date                             Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __BAP-12-6__
7/6/06

| Party | Attorneys |
|---|---|
| Plaintiffs, Nantahala Capital Partners, LP, Blackwell Capital Partners, LLC, Axicon Partners LLC, Brennus Fund Limited, Costa Brava Partnership III, LLP, and Sonterra Capital Master Fund, Ltd., for themselves and as class representatives of the Dime Litigation Tracking Warrants. | Frederick B. Rosner<br>Scott J. Leonhardt<br>THE ROSNER LAW GROUP LLC<br>824 Market Street; Suite 810<br>Wilmington, DE 19801<br>Telephone:  (302) 777-1111<br><br>-and-<br><br>Arthur Steinberg<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br><br>-and-<br><br>Jonathan L. Hochman<br>SCHINDLER COHEN & HOCHMAN LLP<br>100 Wall Street, 15th Floor<br>New York, NY 10005<br>Telephone: (212) 277-6300<br>Facsimile: (212) 277-6333 |
| Defendants, Washington Mutual, Inc., Charles Lillis, David Bonderman, James Stever, Margaret Osmer-Mcquade, Orin Smith, Phillip Matthews, Regina Montoya, Stephen Frank, Stephen Chazen, Thomas Leppert, William Reed, Jr., and Michael Murphy. | Mark D. Collins<br>Travis A. McRoberts<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>-and-<br><br>Brian S. Rosen<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153 |

| Official Committee of Unsecured Creditors. | David B. Stratton<br>Evelyn J. Meltzer<br>PEPPER HAMILTON LLP<br>1313 North Market Street, Suite 5100<br>Wilmington, DE 19801<br><br>-and-<br><br>Fred S. Hodara<br>Robert A. Johnson<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002 |

Dated: January 12, 2012
     Wilmington, Delaware

/s/ Scott J. Leonhardt
Frederick B. Rosner (No. 3995)
Scott J. Leonhardt (No. 4885)
THE ROSNER LAW GROUP LLC
824 Market Street; Suite 810
Wilmington, DE 19801
Telephone:  (302) 777-1111

-and-

Arthur Steinberg
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

-and-

Jonathan L. Hochman
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, NY 10005
Telephone: (212) 277-6300
Facsimile: (212) 277-6333

*Attorneys for Appellants/Claimants*